# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2010

141112

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re ALICIA MAY BOWMAN and ERIC
ALLEN BROWN, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
            Petitioner-Appellee,

v

DARLA MAY MELLAS,
            Respondent-Appellant,

and

RANDOLPH JOSEPH BOWMAN,
            Respondent.

_____/

SC: 141112
COA: 295259
Oakland CC Family Division:
07-736651-NA

On order of the Court, the application for leave to appeal the May 4, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2010

_____
                    Clerk

s0622